UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                              Chapter 7

    **Janet M Farrelly,**                         Case No. 17-23455-rdd

                           Debtor(s).       **NOTICE OF MOTION FOR
RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that upon the annexed application of Nicole M. Massi, Esq., Knuckles, Komosinski & Manfro LLP, on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ("Movant") will move this Court on:

      **February 13, 2018 at 10:00 am
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140**

or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. § 362(d)(2) granting Movant relief from the automatic stay as it applies to property commonly known as 25 Eagle Valley Road, Sloatsburg, NY 10974, and granting such other and further relief as this Court may deem just, proper, and equitable.

Dated: November 27, 2017
      Elmsford, New York

                                       **Knuckles, Komosinski & Manfro LLP**
                                       Attorneys for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

                                         By: _____
                                           Nicole M. Massi, Esq.
                                           565 Taxter Road, Suite 590
                                           Elmsford, New York 10523
                                           (914) 345-3020
                                           nmm@kkmllp.com